UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>KIMBERLY A. SEIBEL, Warden,<br><br>    Respondent. | No. EDCV 15-2554 DOC (FFM)<br><br>ORDER ACCEPTING IN PART FINDINGS AND CONCLUSIONS, AND ACCEPTING RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings and conclusions, with the exception that this Court does not find that the evidence against Petitioner was "overwhelming." However, this does not change the outcome of the analysis. Accordingly, the Court accepts the recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: April 19, 2017

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge