UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL RODRIGUEZ, | ) | No. ED CV 15-2554 DOC (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| KIMBERLY A. SEIBEL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 19, 2017

_____
DAVID O. CARTER
United States District Judge